UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

_____

Brandy Samuel,

                Plaintiff,

v.

ER Solutions, Inc.; and DOES 1-10, inclusive,

                Defendant.
_____

Civil Action No.: 6:10-cv-00059

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against ER Solutions, Inc. with prejudice and without costs to any party.

| Brandy Samuel | ER Solutions, Inc. |
|---|---|
| ___/s/ Diana P. Larson_____ | ___/s/ Eric M. Jaegers_____ |
| Diana P. Larson | Eric M. Jaegers |
| Texas Bar No. 24007799 | Gordon & Rees LLP |
| Southern District of Texas Bar No. 24957 | 2100 Ross Avenue |
| The Larson Law Office, PLLC | Suite 2800 |
| 440 Louisiana, Suite 900 | Dallas, Texas 75201 |
| Houston, Texas 77002 | Telephone: (214) 231-4660 |
| Telephone: (713) 221-9088 | Attorney for Defendant |
| Attorney for Plaintiff | |

_____
SO ORDERED