UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

_____

Brandy Samuel,

                    Plaintiff,

v.

ER Solutions, Inc.; and DOES 1-10, inclusive,

                    Defendant.
_____

Civil Action No.:  6:10-cv-0059

**ORDER**

The Court, upon the Stipulation of the parties to this action, and upon finding that there is no just reason for delay in the entry of this judgment, hereby Orders this matter dismissed with prejudice and without costs to either party.

**So ORDERED and SIGNED this 25th day of October, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**